## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9009 | **DATE** | 1/5/2006 |
| **CASE TITLE** | Skelton vs. AIUO | | |

**DOCKET ENTRY TEXT**

Telephone conference held with attorneys for both sides. Pursuant to settlement, the case is dismissed with prejudice and without costs, with leave to reinstate on or before 2/5/2006. All pending motions are terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|